IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAR 30 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Morgan Stanley Smith Barney, LLC )
)
)
)
)
)   1:10cv1405 (LMB/TCB)
)
v. )
)
Anthony Sirianni, et al. )
)
)

ORDER

Finding that this matter has been resolved, the Court hereby directs counsel to contact the Clerk's Office within 30 days, from the date of this order, to arrange for the return of the bond posted in this case.

It is further ORDERED that, if counsel does not respond to this order the bond in question shall be destroyed, without further notice to counsel or order of the Court.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

Date: March 30, 2011
Alexandria, Virginia